FILED
CLERK, U.S. DISTRICT COURT
SEP 20 2012
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> Calida Martinson, <br><br> Defendant. | Case No.: *ED 12-327-M* <br><br> ORDER OF DETENTION <br> (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)) |

The defendant having been arrested in this District pursuant to a warrant issued by the ~~United States District Court~~ for the *Superior Court* District of *Columbia* for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A. [X]   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

*Extensive prior criminal history, substance abuse history, prior violations, prior FTAs, insufficient bail sureties.*

1

1 | and/ or

2 | B. (X) The defendant has not met his/her burden of establishing by clear and
3 | convincing evidence that he/she is not likely to pose a danger to the
4 | safety of any other person or the community if released under 18 U.S.C. §
5 | 3142(b) or (c). This finding is based on the following:
6 | _Same_____
7 | _____
8 | _____
9 | _____

10 |
11 | IT THEREFORE IS ORDERED that the defendant be detained pending the further
12 | revocation proceedings.
13 |
14 | Dated: 9/20/12                              _____[signature]_____
15 |                                             HONORABLE OSWALD PARADA
                                                United States Magistrate Judge

2